## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 5026

STATE OF NEW YORK   UNITED STATES DISTRICT COURT

Purchased/Filed: June 2, 2008

SOUTHERN DISTRICT

Mark Scharff, et al — Plaintiff

against

JPMorgan Chase Bank & Co., et al — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___June 3, 2008___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in A Civil Action and Complaint with Jury Trial Demand on

___J.P. Morgan Securities, Inc.___, the Defendant in this action, by delivering to and leaving with ___Donna Christie___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__  Approx. Wt: __145__  Approx. Ht: __5'5"__
Color of skin: __White__  Hair color: __Blonde__  Sex: __F__  Other: _____

Sworn to before me on this

__5th__ day of ___June, 2008___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0805370

SERVICO. INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179

**AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE**

STATE OF NEW YORK           UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT
Index # 08 CIV 5026                                                 Purchased/Filed: June 2, 2008

Mark Scharff, et al

Plaintiff

against

JPMorgan Chase Bank & Co, et al

Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    ss.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on    June 4, 2008   , at    2:00pm   , at the office of the Secretary of State of the State of New York, in the City of Albany, New York deponent served the annexed

Summons in A Civil Action and Complaint with Jury Trial Demand

on

JPMorgan Chase & Co. sha JPMorgan Chase Bank & Co.    , the

Defendant in this action, by delivering to and leaving with    Carol Vogt   ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,    2    true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of    40    dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:   43   Approx. Wt:   118   Approx. Ht:   5'
Color of skin:   White   Hair color:   Brown   Sex:   F   Other:

Sworn to before me on this

5th   day of   June, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0805369

Service, Inc. - PO Box 871 - Albany, New York 12201 - Ph 518-463-4129