UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
MARK SCHARFF, PINE SASH DOOR & LUMBER CO., INC., MARK SCHARFF & ASSOCIATES LLC, 2170 MILL AVENUE LLC, 6202-6217 REALTY LLC, MARK SCHARFF ITF DANIEL SCHARFF and MARK SCHARFF ITF ARIEL SCHARFF,

               Plaintiffs,

   vs.

JPMORGAN CHASE BANK & CO., J.P. MORGAN SECURITIES INC., and CHASE INVESTMENT SERVICES CORP.,

               Defendants.
-----------------------------------------------------------------x

Case No. 08 CIV 5026

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Thomas C. Rice of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants JPMorgan Chase Bank & Co., J.P. Morgan Securities Inc., and Chase Investment Services Corp. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:    June 19, 2008
            New York, New York

                                    SIMPSON THACHER & BARTLETT LLP

                                    By:  s/ Thomas C. Rice
                                           Thomas C. Rice, Esq.
                                           (trice@stblaw.com)
                                           425 Lexington Avenue
                                           New York, New York 10017-3954
                                           Telephone: (212) 455-2000
                                           Facsimile: (212) 455-2502

                                      Attorney for Defendants