UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MARK SCHARFF, PINE SASH DOOR & : 
LUMBER CO., INC., MARK SCHARFF & : Case No. 08 CIV 5026
ASSOCIATES LLC, 2170 MILL AVENUE LLC, :
6202-6217 REALTY LLC, MARK SCHARFF ITF :
DANIEL SCHARFF and MARK SCHARFF ITF :
ARIEL SCHARFF, :
:
                Plaintiffs, :
:
      vs. :
:
JPMORGAN CHASE BANK & CO., J.P. :
MORGAN SECURITIES INC., and CHASE :
INVESTMENT SERVICES CORP., :
:
                Defendants. :
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Jonathan K. Youngwood of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants JPMorgan Chase Bank & Co., J.P. Morgan Securities Inc., and Chase Investment Services Corp. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:    June 19, 2008
            New York, New York

                                        SIMPSON THACHER & BARTLETT LLP

                                        By:  s/ Jonathan K. Youngwood
                                              Jonathan K. Youngwood, Esq.
                                              (jyoungwood@stblaw.com)
                                              425 Lexington Avenue
                                              New York, New York 10017-3954
                                              Telephone: (212) 455-2000
                                              Facsimile: (212) 455-2502

                                              Attorney for Defendants