UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
MARK SCHARFF, PINE SASH DOOR & : 
LUMBER CO., INC., MARK SCHARFF & : Case No. 08 CIV 5026
ASSOCIATES LLC, 2170 MILL AVENUE LLC, :
6202-6217 REALTY LLC, MARK SCHARFF ITF :
DANIEL SCHARFF and MARK SCHARFF ITF :
ARIEL SCHARFF, :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　:
　　　　vs. :
　　　　　　　　　　　　　　　　　　　　:
JPMORGAN CHASE BANK & CO., J.P. :
MORGAN SECURITIES INC., and CHASE :
INVESTMENT SERVICES CORP., :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants. :
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

　　　　　PLEASE TAKE NOTICE that Christine Ford of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants JPMorgan Chase Bank & Co., J.P. Morgan Securities Inc., and Chase Investment Services Corp. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:　　　June 19, 2008
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　SIMPSON THACHER & BARTLETT LLP

　　　　　　　　　　　　　　　　　　　　By:  s/ Christine Ford
　　　　　　　　　　　　　　　　　　　　　　Christine Ford, Esq.
　　　　　　　　　　　　　　　　　　　　　　(cford@stblaw.com)
　　　　　　　　　　　　　　　　　　　　　　425 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10017-3954
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 455-2000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 455-2502

　　　　　　　　　　　　　　　　　　　　Attorney for Defendants