UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK SCHARFF, PINE SASH DOOR & LUMBER CO., INC., MARK SCHARFF & ASSOCIATES LLC, 2170 MILL AVENUE LLC, 6202-6217 REALTY LLC, MARK SCHARFF ITF MICHAEL SCHARFF, MARK SCHARFF ITF DANIEL SCHARFF and MARK SCHARFF ITF ARIEL SCHARFF,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK & CO., J.P. MORGAN SECURITIES, INC., AND CHASE INVESTMENT SERVICES CORP.<br><br>　　　　　　　　　Defendants | Civil Action No. 08-CV-5026 (WHP) |

## NOTICE OF APPEARANCE

　　PLEASE TAKE NOTICE that Jules Brody of Stull, Stull & Brody, hereby appears as counsel in this action for Movants Robert H. Shenker and David Nierenberg.

Dated: August 6, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　**STULL, STULL & BRODY**

　　　　　　　　　　　　　　　　　　By: /s/ Jules Brody
　　　　　　　　　　　　　　　　　　　　Jules Brody (JB-9151)
　　　　　　　　　　　　　　　　　　　　6 East 45th Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　(212) 687-7230