## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Ciplet, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> JP Morgan Chase & Co. and J.P. Morgan Securities, Inc., <br><br> Defendants. | Case No. 08-cv-4580 (RMB) |
| Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff, <br><br> Plaintiffs <br><br> - against - <br><br> JPMorgan Chase Bank & Co., J.P. Morgan Securities, Inc., and Chase Investment Services Corp., <br><br> Defendants. | Case No. 08-cv-5026 (WHP) |

## CORPORATE DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 7.1, that Lead Plaintiff Movant Kismet TMF Holdings, LLC has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.  Lead Plaintiff Movant SKS Capital Partners, LLC has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

DATED: August 15, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**

By:   *Jonathan K. Levine*
      Jonathan K. Levine (JL-8390)

Daniel C. Girard
Aaron M. Sheanin
Christina H. C. Sharp
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4500
Facsimile:  (415) 981-4846

**CERTIFICATE OF SERVICE**

I, Jonathan K. Levine, hereby certify that on August 15, 2008, I caused the following document(s) to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service:

1.   **CORPORATE DISCLOSURE STATEMENT**

Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of August, 2008 at San Francisco, California.



*/S/ Jonathan K. Levine*