UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | |
|---|---|
| MARK SCHARFF, PINE SASH DOOR & LUMBER CO., INC., MARK SCHARFF & ASSOCIATES LLC, 2170 MILL AVENUE LLC, 6202-6217 REALTY LLC, MARK SCHARFF ITF MICHAEL SCHARFF MARK SCHARFF ITF DANIEL SCHARFF and MARK SCHARFF ITF ARIEL SCHARFF, | Case No. 08 CIV 5026<br><br>**RULE 7.1 STATEMENT** |
| **Plaintiffs,** | |
| vs. | |
| JPMORGAN CHASE BANK & CO., J.P. MORGAN SECURITIES INC., and CHASE INVESTMENT SERVICES CORP., | |
| **Defendants.** | |

----------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, JPMorgan Chase & Co. and J.P. Morgan Securities Inc. and Chase Investment Services Corp. hereby state as follows:

      The parent corporation of J.P. Morgan Securities Inc. is JPMorgan Chase & Co. No other publicly held corporation owns 10 percent or more of J.P. Morgan Securities Inc.'s stock.

      The parent corporation of Chase Investment Services Corp. is JPMorgan Chase & Co. No other publicly held corporation owns 10 percent or more of Chase Investment Services Corp.'s stock.

      JPMorgan Chase & Co. (sued here as JPMorgan Chase Bank & Co.) is a publicly held corporation. No publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

Dated: August 18, 2008
      New York, New York

                                By   /s/ Jonathan K. Youngwood
                                    SIMPSON THACHER & BARTLETT LLP
                                    Thomas C. Rice
                                    Jonathan K. Youngwood
                                    425 Lexington Avenue
                                    New York, New York 10017-3954
                                    Telephone: (212) 455-2000
                                    Facsimile: (212) 455-2502
                                    email: trice@stblaw.com
                                              jyoungwood@stblaw.com

                                    (Attorneys for Defendants)