UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK SCHARFF, et al.

                      Plaintiffs,             08 Civ. 5026 (RMB)

      -against-

JPMORGAN CHASE BANK & CO., et al.,

                                                  **ADMINSTRATIVE ORDER**

                    Defendants.
------------------------------------------------------------X

      The Clerk of Court is respectfully requested to designate the above captioned case, which was recently transferred from Judge William H. Pauley, III to the undersigned, as related to Ciplet v. JPMorgan Chase & Co., No. 08 Civ. 4580.

**SO ORDERED**.

Dated: New York, New York
       August 21, 2008

                                                          **Richard M. Berman, U.S.D.J.**