UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Ciplet, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>JP Morgan Chase & Co. and J.P. Morgan Securities, Inc.,<br><br>Defendants. | Case No. 08-cv-4580 (RMB) |
| Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff,<br><br>Plaintiffs<br><br>- against -<br><br>JPMorgan Chase Bank & Co., J.P. Morgan Securities, Inc., and Chase Investment Services Corp.,<br><br>Defendants. | Case No. 08-cv-5026 (RMB) |

**NOTICE OF ERRATA**

Lead Plaintiff Movants the Assif Group, by and through their attorneys, hereby submit this Notice Of Errata regarding "Attachment A" to the certifications of Thomas C. Assif and Ashish Lakhanpal, submitted with the Declaration of Jonathan K. Levine in Support of the Motion of the Assif Group for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (Docket No. 44, Ex. B, Attachment A; Ex. C, Attachment A).

## ERRATA

The signed certifications of Mr. Assif and Mr. Lakhanpal attest that that they purchased the auction rate securities at issue in this case from JP Morgan Chase. "Attachment A" to each of the certifications erroneously refers to "transactions in auction rate securities sold by Bank of America," rather than JP Morgan Chase, however. Counsel for the Assif Group first became aware of these typographical errors after reviewing the August 28, 2008 submission of Lead Plaintiff Movants Robert H. Shenker and David Nierenberg (Docket No. 52 at 6-7).

Attached hereto are corrected copies of "Attachment A" to the certifications of Mr. Assif and Mr. Lakhanpal, which identify JP Morgan Chase as the seller of their auction rate securities. The securities listed previously remain the same. The Assif Group and its counsel apologize to the Court and the parties for any inconvenience this has caused.

DATED: September 4, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**

By: _Jonathan K. Levine_
Jonathan K. Levine (JL-8390)

Daniel C. Girard (*pro hac vice*)
Aaron M. Sheanin
Christina H. C. Sharp
601 California Street, 14th Floor

San Francisco, CA 94108
Telephone: (415) 981-4500
Facsimile: (415) 981-4846

**Proposed Lead Counsel**

Norman E. Siegel
Matthew L. Dameron
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**Proposed Co-Lead Counsel**

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

**Proposed Liaison Counsel**

## CERTIFICATE OF SERVICE

I, Jonathan K. Levine, hereby certify that on September 4, 2008, I caused the following document(s) to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service:

**NOTICE OF ERRATA**

Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of September, 2008 at San Francisco, California.

                                                              /S/ Jonathan K. Levine

## ATTACHMENT A

## THOMAS C. ASSIF'S TRANSACTIONS IN AUCTION RATE SECURITIES SOLD BY JP MORGAN CHASE BETWEEN MARCH 25, 2003 AND FEBRUARY 13, 2008, AND HELD AS OF FEBRUARY 13, 2008

| Trade Date | Auction Rate Security | Number of Shares | Price Per Share/Unit | Buy or Sell |
|---|---|---|---|---|
| 11/1/2007 | Burke County Georgia Development Authority Pollution Control Rev. 03.07300% 01/01/2024 Var. Rev. Bds. Oglethorpe Power Corp. 2003 Series A | $975,000 | 100% par | Bought |

ATTACHMENT A

ASHISH LAKHANPAL'S TRANSACTIONS IN AUCTION RATE
SECURITIES SOLD BY JP MORGAN CHASE BETWEEN
MARCH 25, 2003 AND FEBRUARY 13, 2008

Account: Kismet TMF Holdings, LLC

| Trade Date | Auction Rate Security | Number of Shares | Price Per Share/Unit | Buy or Sell |
|---|---|---|---|---|
| 5/29/2007 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $1,000,000 | 100% par | Bought |
| 7/2/2007 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $650,000 | 100% par | Bought |
| 7/2/2007 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $1,000,000 | 100% par | Sold |
| 7/16/2007 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $650,000 | 100% par | Sold |
| 7/23/2007 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $1,500,000 | 100% par | Bought |
| 8/13/2007 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $50,000 | 100% par | Sold |
| 10/1/2007 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $150,000 | 100% par | Sold |
| 10/22/2007 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $150,000 | 100% par | Sold |
| 1/2/2008 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $150,000 | 100% par | Sold |
| 1/22/2008 | NelNet Student Loan Trust Series 2005-4 CL A4R1 | $200,000 | 100% par | Sold |

## Account: SKS Capital Partners, LLC

| Trade Date | Auction Rate Security | Number of Shares | Price Per Share/Unit | Buy or Sell |
|---|---|---|---|---|
| 11/6/2007 | Union Financial Services-1 Taxable Student Loan Asset Backed Auction Rate Certificate Notes Series 99 | $300,000 | 100% par | Bought |
| 11/8/2007 | NelNet Student Loan Series 2004-2A CL A5B | $300,000 | 100% par | Bought |

2